# EXHIBIT A

https://www.wenger.ch/us/en/    11/03/2021









## Sorry, We've Moved

For all Wenger Travel Gear & Business Gear needs, please visit us at SWISSGEAR®.



### About Us
- Welcome
- History
- Press Contacts
- Factory Tours
- Careers

### Products
- Watches
- Travel Gear

### Service
- Watches
- Gear
- Contact
- Corporate Gifts \(B2B\)

### Follow us:

T&Cs   Data protection   Legal notice   Brand protection
Cookie Center





## Wenger – a Swiss company since 1893

Dynamic, contemporary and at home in cities all around the world – but always with its traditional Swiss roots in mind. That's what Wenger is all about. A name which for more than 120 years has been synonymous with traditional values as well as with a passion for quality, precision and excellent craftsmanship. Our watches and travel gear are reliable, functional, well-designed and embody the spirit of their time to perfection. They are the ideal companion for active people who are always on the go, appreciate the value of looking good, and who like to put their trust in top quality at a reasonable price.



**View All Products**









### About Us
Welcome
History
Press Contacts
Factory Tours
Careers

### Products
Watches
Travel Gear

### Service
Watches
Gear
Contact
Corporate Gifts \(B2B\)

### Follow us:
  

T&Cs   Data protection   Legal notice   Brand protection
Cookie Center





# Service

Wenger guarantees that its products meet the highest standards in all areas and quality is never compromised. Should you need assistance with your product, Wenger offers accessible help wherever you are.



Travel Gear



Watches

## Contact



**About Us**
Welcome
History
Press Contacts
Factory Tours
Careers

**Products**
Watches
Travel Gear

**Service**
Watches
Gear
Contact
Corporate Gifts \(B2B\)

**Follow us:**

T&Cs   Data protection   Legal notice   Brand protection
Cookie Center











## Tours of the manufacturing plant in Delémont

Delémont is the place where well-chosen raw materials are turned into well-loved Wenger and Victorinox products. Visit us and learn the secrets behind our manufacturing processes via a guided tour.

Hope to see you soon!

Victorinox AG
c/o Victorinox Swiss Army SA
Route de Bâle 63
2800 Delémont, Switzerland

Tel. +41 (0) 32 421 3900
info.delemont@victorinox.com

**Contact Us**

## Some details about our tours in Delémont:

### For groups:

**Size of group:**
6 – 45 people

**Times:**
Monday to Thursday, from 08:00 am to 11:00 am and 01:30 pm to 03:30 pm
Friday from 08:00 am to 11:00 am

**Length:**
About 1 hour

**Price:**
The tour is free.

**Languages:**
French, German, English

**Please note:**
Reservations for a tour must be made in advance. Reservations can be made at any time of year except from mid-July to mid-August and during the Christmas break.

## For individuals:

**Times:**
Individual tours take place the first Wednesday of every month, starting from 02:00 pm onwards.

**Length:**
About 1 hour

**Price:**
The tour is free.

**Languages:**
French, German, English

**Please note:**
Tours must be booked in advance – this is particularly important.

### About Us
Welcome
History
Press Contacts
Factory Tours
Careers

### Products
Watches
Travel Gear

### Service
Watches
Gear
Contact
Corporate Gifts \(B2B\)

### Follow us:



T&Cs   Data protection   Legal notice   Brand protection
Cookie Center











14



## Wenger Watches



View All Watches

## Watch Collections







City Active

| | | | |
|---|---|---|---|
| **About Us** | **Products** | **Service** | **Follow us:** |
| Welcome | Watches | Watches |  |
| History | Travel Gear | Gear | |
| Press Contacts | | Contact | T&Cs  Data protection  Legal notice  Brand protection |
| Factory Tours | | Corporate Gifts \(B2B\) | Cookie Center |
| Careers | | | |



17