IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> WENGER S.A., <br><br> *Defendant*. | Civil Action No. 6:21-cv-453 <br><br><br> Jury Trial Demanded |

# DECLARATION OF TAYLOR N. MAUZE IN SUPPORT OF WENGER S.A.'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

I, Taylor N. Mauze, declare:

1. I am an attorney with Reichman Jorgensen Lehman & Feldberg LLP, and counsel for Defendant Wenger, S.A. ("Wenger") in the above-captioned matter. I make this declaration on personal knowledge, and if compelled to testify, I could and would competently testify thereto.

2. I submit this Declaration in support of Wenger's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a).

3. Attached hereto as Exhibit A is a true and correct copy of the Declaration of John Pulichino, CEO of Group III International, Inc., executed on March 9, 2022.

4. Attached hereto as Exhibit B is a true and correct copy of the website https://www.swissdigital.us/about-us, last accessed March 11, 2022.

5. Attached hereto as Exhibit C is a true and correct copy of the website https://www.lippes.com/team/jennifer-meredith-94, last accessed Mar. 9, 2022.

1

6. Attached hereto as Exhibit D is a true and correct copy of the website https://search.docketnavigator.com/patent/court/16/1, last accessed Mar. 11, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on March 12, 2022, in Oakland, California.

                                                           */s/ Taylor N. Mauze*
                                                         Taylor N. Mauze