# EXHIBIT B





# Raising the bar on high-tech intelligent backpacks in Cheektowaga NY

——

Initially founded in 2014, SwissDigital is known for creating the world's first Swiss-made Intelligent Communication Watch, a technological marvel that combined your mobile phone, health tracker, GPS, music player, and much more into one beautiful timepiece. In 2016, we expanded our product range to include electronically enhanced bags and smart backpacks that come complete with built-in technology to keep up with your busy life. From keeping your devices charged on the go to protecting your personal information, SwissDigital products allow you to live smarter!

## Our Commitment

## Patented Tech

## Warranty

Quality, value, and cutting-edge



engineering, and trend-setting design on all of our electronically enhanced products. We're proud to offer the convenience of storage for a truly mobile lifestyle, all while providing the best customer services in town.

does it better than SwissDigital. We pair Swiss precision with patented technology to protect your data from theft, charge your devices on the go, and stay connected to your music. Setting new standards for smart backpacks is what we do best!

stand behind each and every one of our products. We want you to feel the same sense of pride, we are here to offer a 2-year-limited warranty on non-electrical products and a 1-year-limited warranty on electrical components/products to cover defects in manufacturing, materials, and workmanship. .

# Click below to find out more about our intelligent backpacks!





**SwissDigital USA CO.,
LTD**
198 Oehman Blvd
Cheektowaga NY 14225,
USA
service@swissdigital.us



Parent Company's Website:
http://www.swissdigital.c
om/

© Copyright – Swissdigital USA Co., LTD | Website by Shore