# EXHIBIT C





lippes.com

## Jennifer Meredith | Of Counsel

New York City
646.546.5253 | jmeredith@lippes.com

**CAPABILITIES**
Intellectual Property

Prior to forming the intellectual property law firm of Meredith & Keyhani, PLLC, Jennifer honed her entrepreneurial skills at the Research Foundation's Technology, Transfer & Licensing Office. There, she provided patent strategies for University owned inventions. And while Jennifer has worked with a number of law firms in New York City on intellectual property manners, her main focus is on patents. So much so, that Jennifer has prosecuted over 500 patent applications before the United States Patent and Trademark Office. Jennifer also has broad experience in patent opinion work and has handled numerous re-examinations and appeals before the United States Patent and Trademark Office.

**EDUCATION**
- State University of New York at Buffalo School of Law, J.D.
- Lafayette College, Civil Engineering, B.S.

**ADMITTED TO PRACTICE**
- New York
- Texas
- U.S. Patent and Trademark
- U.S. District Court, Eastern District of New York
- U.S. District Court, Northern District of New York
- U.S. District Court, Southern District of New York
- U.S. District Court, Western District of New York



**ALBANY** | 54 State Street, Suite 1001 • Albany, NY 12207 • 518.462.0110
**BUFFALO** | 50 Fountain Plaza, Suite 1700 • Buffalo, NY 14202 • 716.853.5100
**CHICAGO** | 125 S Clark St., 17th Floor • Chicago, IL 60603 • 872.254.5500
**GREATER TORONTO AREA** | 1100 Burloak Drive, Suite 300 • Burlington, ON L7L 6B2 • 905.319.8964
**JACKSONVILLE** | 10151 Deerwood Park Blvd. , Bldg. 300, Suite 300 • Jacksonville, FL 32256 • 904.660.0020
**NEW YORK CITY** | 260 Madison Avenue, 17th floor • New York City, NY 10016 • 332.345.4500
**ROCHESTER** | 400 Linden Oaks Dr., Suite 150 • Rochester, NY 14625 • 585.770.7590
**WASHINGTON, D.C.** | 1900 K Street, NW, Suite 730 • Washington, DC 20006 • 202.888.7610