# EXHIBIT D

SDFL

All values

| 7 | 9 | 112 | 73 |
|---|---|---|---|
| JURY TRIALS | BENCH TRIALS | RULE 12 DISMISSALS | GRANTED TRANSFERS |

### By the Numbers

| | |
|---|---|
| Accusations | 11,502 |
| Asserted Patents | 1,722 |
| Cases | 1,722 |
| Claim Constructions | 1,093 |
| Filings | 90,231 |
| Parties | 6,506 |

### Determinations

| | |
|---|---|
| Infringed | 118 |
| Invalid | 42 |
| Not infringed | 56 |
| Not invalid | 99 |
| Not unenforceable | 43 |
| Unenforceable | 5 |

☑ Non-Stipulated
☑ Stipulated

### Remedies

| | |
|---|---|
| Aggregate damages $ a.. | 366,253,610 |
| Largest damages award | 46,693,639 |
| Permanent injunctions | 1,461 |
| Preliminary injunctions/T.. | 1,049 |

☑ Non-Stipulated
☑ Stipulated

### Patent Cases by Technology Center

Clicking a technology center will filter charts on the page to show only cases involving patents of that technology. Summary figures at the top will be un..

### Patent Cases

### Outcomes

Show Outcomes
☐ Non-Merits Dismissal
☑ Patent Challenger Won
☑ Patentee Won
☐ Settled/Voluntarily Dismissed

Termination Year

■ Patent Challenger Won
■ Patentee Won

SDFL

US District Courts

### Parties & Firms

These charts show the total number of cases parties or firms appeared in Patent Cases assigned to the selected judge.

Party Role
◉ Patentee
◯ Patent Challenger

Filter Parties
☑ HAE
☑ Non-HAE

■ HAE
■ Non-HAE

■ Local Counsel
■ National Firm

Patentees

All

Patentee Firms

All

To learn more about how Docket Navigator determines which parties should be classified as Highly Assertive Entities or local counsel visit:
https://search.docketnavigator.com/help/glossary.html/

### Milestones

Choose a Milestone
Trials

Milestone Subcategories
☑ Bench Trial
☑ Jury Trial

Time to Trials in the SDFL

Median: 594.0 days
Mean: 728.1 days

The chart displays the number of days from the case filing date to Trials. After applying all relevant filters, cases shown in this chart were filed from 2008 to 2021. The stripe in the middle of the box plot represents the median, while the "Upper Hinge" and "Lower Hinge" (the "sides" of the box) are roughly equivalent to the 25th and 75th percentiles.

### Motion Pendency

None

Time to None

Median: None days
Mean: None days

The chart displays the number of days for None to rule on None. The stripe in the middle of the box plot represents the median, while the "Upper Hinge" and "Lower Hinge" (the "sides" of the box) are roughly equivalent to the 25th and 75th percentiles. After applying all relevant filters, cases displayed in this chart were filed from None. The median number of days from motion filing to the selected milestones is None.
Technology Centers: All

DocketNavigator

