**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **SWISSDIGITAL USA CO., LTD.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No.  6:21-cv-453-ADA** |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **WENGER S.A.** | § | |
| | § | |
| **Defendant.** | § | |

**NOTICE OF AGREED REQUEST FOR EXTENSION OF TIME**

Plaintiff Swissdigital USA Co., Ltd. ("Plaintiff" or "Swissdigital") and Defendant Wenger

S.A. ("Defendant" or "Wenger") respectfully request reciprocal one-week extensions of time for

the parties to file their respective Responsive and Reply Claim Construction Briefs. Pursuant to

the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change

Deadlines, the Parties hereby submit this Notice to the Court extending the deadlines as follows:

- Plaintiff's deadline to file its Responsive claim construction brief is extended up to and including April 14, 2022;

- Defendant's deadline to file its Reply claim construction brief is extended up to and including April 28, 2022.

1

4888-3219-8680, v. 1

Dated:  March 24, 2022

Respectfully submitted,

/s/  *Dariush Keyhani*_____
Dariush Keyhani (*pro hac vice*)
Frances H. Stephenson (*pro hac vice*)
Keyhani LLC
1050 30th Street NW
Washington, DC 20007
T. 202.748.8950
F. 202.318.8958
dkeyhani@keyhanillc.com
fstephenson@keyhanillc.com

Jacqueline P. Altman
State Bar No. 24087010
John P. Palmer
State Bar No. 15430600
John A. "Andy" Powell
State Bar No. 24029775
USPTO Reg. No. 71,533
NAMAN HOWELL SMITH & LEE, PLLC
400 Austin Ave., Suite 800
Waco, Texas 76701
jaltman@namanhowell.com
palmer@namanhowell.com
apowell@namanhowell.com

*Attorneys for Plaintiff Swissdigital USA Co., Ltd.*

2

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that on March 23, 2022, counsel for Plaintiff spoke with counsel of record for Defendant, who indicated that Defendant agrees to the relief requested herein.

*/s/ Dariush Keyhani*
Dariush Keyhani

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of March, 2022, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys or record who have who have consented to accept this Notice as service of this document by electronic means.

*/s/ Dariush Keyhani*
Dariush Keyhani

4888-3219-8680, v. 1