# Exhibit A



Spring Into Style With Swissgear

# Save 20% on Luggage Sets

+ Free Gift*

SHOP NOW (/LUGGAGE/LUGGAGE-SETS)

*FREE GIFT OFFER WITH ALL LUGGAGE SET PURCHASES WHILE SUPPLIES LAST. DISCOUNT EXCLUDES 7739 SETS.

## Top Product Categories






SHOP
Carry-On
(/carry-on-luggage)

SHOP
Luggage Sets
(/luggage/luggage-sets)

SHOP
Watches
(/swiss-watches)

SHOP
ScanSmart
(/backpacks/scansmart-backpacks)

Help

# 10 YEAR EXTENDED WARRANTY

for all swissgear.com purchases



EXPLORE
## 1900 ScanSmart Backpacks

Help



EXPLORE

## 7272 Hardside Luggage

Help

Spring Sales Event!
Spend $150 and save 20% on your entire order
Plus a free gift with purchase*
*Valid on all regularly priced items. Not valid on 1900, 5977, 610264, sale items, or luggage sets. Gift valid on all backpack and luggage purchases. while supply lasts. limit one(1) gift per order.

Help





EXPLORE

Work Pack Tool Backpacks



Help



EXPLORE
Travel Pet Carriers

# Pay later with afterpay!

4 easy interest free payments



Follow swissgear (https://instagram.com/swissgear/)

Help





About SWISSGEAR +

Customer Service +

Orders & Products +

My Account +

© COPYRIGHT 2022 SWISSGEAR.COM. ALL RIGHTS RESERVED. SWISSGEAR® IS A REGISTERED TRADEMARK
AND USED UNDER LICENSE BY GROUP III INTERNATIONAL INC, POMPANO BEACH, FL 33069

Help