IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD.,<br><br>*Plaintiff*,<br><br>v.<br><br>WENGER S.A.,<br><br>*Defendant*. | Civil Action No. 6:21-cv-453<br><br><br><br>Jury Trial Demanded |

**NOTICE CONCERNING MOTION TO TRANSFER**

Pursuant to the Court's Second Amended Standing Order Regarding Motions for Inter-District Transfer (August 18, 2021), parties who have filed a motion for inter-district transfer are to provide the Court with a status report on said motion no later than four weeks prior to the date of the *Markman* hearing scheduled in the case. Moreover, the Court has recently advised that the Court welcomes notifications when a motion to transfer is fully briefed. *See* Standing Order Governing Proceedings (OGP) 4.0—Patent Cases (March 7, 2022).

Therefore, Defendant Wenger S.A. ("Wenger") hereby provides notice to the Court that Wenger's Opposed Motion for Transfer Pursuant to 28 U.S.C. § 1404(a) (Dkt. 27) is fully briefed. This motion addresses Wenger's proposed transfer of this action to the Southern District of Florida for the convenience of the parties and witnesses. The briefing for this motion is at Dkt. Nos. 27, 29, and 33. The *Markman* hearing is scheduled for May 19, 2022, five and a half weeks from the filing of this Notice.

Dated: April 12, 2022

*/s/ Taylor N. Mauze*
Taylor N. Mauze (TX Bar 24102161)

tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
7500 Rialto Boulevard, Suite 250
Austin, Texas 78735
Tel: (650) 623-1401

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7311

**Attorneys for Defendant Wenger, S.A.**

2

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing instrument has been served to all counsel of record by electronic mail on April 12, 2022.

                                                  */s/ Taylor N. Mauze*
                                        _____