IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD.,<br><br>   *Plaintiff*,<br><br>v.<br><br>WENGER S.A.,<br><br>   *Defendant*. | Civil Action No. 6:21-cv-453<br><br><br><br>Jury Trial Demanded |

## JOINT CLAIM CONSTRUCTION STATEMENT

Plaintiff SwissDigital USA Co., Ltd. ("SwissDigital") and Defendant Wenger S.A. ("Wenger") hereby jointly submit their Joint Claim Construction Statement including the terms for construction, the parties' proposed constructions, and indicating which party proposed each term, pursuant to the Agreed Scheduling Order. Dkt. 22 at 2; *see also* Dkt. 10 at 4.

  A.  "Retained Outside"

| Claim Term, Clause, or Phrase | U.S. 10,572,071 Claim(s) | U.S. 10,931,138 Claim(s) | Wenger's Proposed Construction | SwissDigital's Proposed Construction | Proposed By |
|---|---|---|---|---|---|
| "retained outside" | 1, 10 | | § 112(b)<br><br>Alternatively, retained entirely outside of. | No construction necessary; plain and ordinary meaning | Wenger |

  B.  "Adjacent To"

| Claim Term, Clause, or Phrase | U.S. 10,572,071 Claim(s) | U.S. 10,931,138 Claim(s) | Wenger's Proposed Construction | SwissDigital's Proposed Construction | Proposed By |
|---|---|---|---|---|---|

1

| Claim Term, Clause, or Phrase | | | § 112(b) Alternatively, adjoining. | No construction necessary; plain and ordinary meaning | Wenger |
|---|---|---|---|---|---|
| "adjacent to" | 1, 10 | | | | |

### C. "In Communication With"

| Claim Term, Clause, or Phrase | U.S. 10,572,071 Claim(s) | U.S. 10,931,138 Claim(s) | Wenger's Proposed Construction | SwissDigital's Proposed Construction | Proposed By |
|---|---|---|---|---|---|
| "in communication with" | 1, 10 | 23 | Attached to. | No construction necessary; plain and ordinary meaning | Wenger |

### D. "Covers"

| Claim Term, Clause, or Phrase | U.S. 10,572,071 Claim(s) | U.S. 10,931,138 Claim(s) | Wenger's Proposed Construction | SwissDigital's Proposed Construction | Proposed By |
|---|---|---|---|---|---|
| "covers" | 1, 10 | | § 112(b) Alternatively, overlapping; on top of. | No construction necessary; plain and ordinary meaning | Wenger |

### E. "Exposed"

| Claim Term, Clause, or Phrase | U.S. 10,572,071 Claim(s) | U.S. 10,931,138 Claim(s) | Wenger's Proposed Construction | SwissDigital's Proposed Construction | Proposed By |
|---|---|---|---|---|---|
| "exposed" | 1, 10 | | not fully covered | No construction necessary; plain and ordinary meaning | Wenger |

F.   "Fixedly Attached"

| Claim Term, Clause, or Phrase | U.S. 10,572,071 Claim(s) | U.S. 10,931,138 Claim(s) | Wenger's Proposed Construction | SwissDigital's Proposed Construction | Proposed By |
|---|---|---|---|---|---|
| "fixedly attached" | 1, 10 | | connected to the bag or luggage permanently. | No construction necessary; plain and ordinary meaning | Wenger |

G.   "At The Body Opening"

| Claim Term, Clause, or Phrase | U.S. 10,572,071 Claim(s) | U.S. 10,931,138 Claim(s) | Wenger's Proposed Construction | SwissDigital's Proposed Construction | Proposed By |
|---|---|---|---|---|---|
| "at the body opening" | | 23 | § 112(a), (b) Alternatively, adjoining a cutout in the body where the inner surface of the bag or luggage and the outer surface of the bag or luggage meet.[1] | No construction necessary; plain and ordinary meaning | Wenger |

H.   "Retained In"

| Claim Term, Clause, or Phrase | U.S. 10,572,071 Claim(s) | U.S. 10,931,138 Claim(s) | Wenger's Proposed Construction | SwissDigital's Proposed Construction | Proposed By |
|---|---|---|---|---|---|
| "retained in" | | 23 | § 112(a), (b) | | Wenger |

---

[1] Swissdigital objects to Wenger's alternative proposed construction for this claim term as Wenger's Opening Claim Construction Brief did not argue any alternative proposed construction and it was introduced for the first time in Wenger's Reply.

| | | | Alternatively, held in permanent or semi-permanent attachment. [2] | No construction necessary; plain and ordinary meaning | |

Dated: May 10, 2022

| | |
|---|---|
| /s/ Dariush Keyhani | /s/ Taylor N. Mauze |
| Dariush Keyhani (*pro hac vice*) | Taylor N. Mauze (TX Bar No. 24102161) |
| Frances H. Stephenson (*pro hac vice*) | tmauze@reichmanjorgensen.com |
| Keyhani LLC | REICHMAN JORGENSEN LEHMAN & |
| 1050 30th Street NW | FELDBERG LLP |
| Washington, DC 20007 | 7500 Rialto Boulevard, Suite 1-250 |
| T. 202.748.8950 | Austin, Texas 78735 |
| F. 202.318.8958 | Telephone: (650) 623-1401 |
| dkeyhani@keyhanillc.com | Facsimile: (650) 623-1449 |
| fstephenson@keyhanillc.com | |
| | Christine E. Lehman (*pro hac vice*) |
| Jacqueline P. Altman | clehman@reichmanjorgensen.com |
| State Bar No. 24087010 | REICHMAN JORGENSEN LEHMAN & |
| John P. Palmer | FELDBERG LLP |
| State Bar No. 15430600 | 1909 K Street, NW, Suite 800 |
| John A. "Andy" Powell | Washington, DC 20006 |
| State Bar No. 24029775 | Tel: (202) 894-7311 |
| USPTO Reg. No. 71,533 | |
| NAMAN HOWELL SMITH & LEE, PLLC | ***Attorneys for Defendant Wenger, S.A.*** |
| 400 Austin Ave., Suite 800 | |
| Waco, Texas 76701 | |
| jaltman@namanhowell.com | |
| palmer@namanhowell.com | |
| apowell@namanhowell.com | |

***Attorneys for Plaintiff Swissdigital USA Co., Ltd.***

---

[2] Swissdigital objects to Wenger's "or semi-permanent attachment" component of Wenger's alternative proposed construction for this claim term as it was not argued in Wenger's Opening Claim Construction Brief and was introduced for the first time in Wenger's Reply Brief.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument has been served to all counsel of record by electronic mail on May 10, 2022.

*/s/ Taylor N. Mauze*