# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| SWISSDIGITAL USA CO., LTD | § § | |
| vs. | § § | NO: WA:21-CV-00453-ADA |
| WENGER S.A. | § § | |

## ORDER RESETTING MARKMAN HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for MARKMAN HEARING VIA ZOOM for purposes of limited referral on Tuesday May 31, 2022 at 09:30 AM before the Honorable Derek T. Gilliland. The Zoom link has been sent via email to counsel of record.

SIGNED this 13th day of May, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE