IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD., <br>     Plaintiff, <br><br> v. <br><br> WENGER S.A., <br>     Defendant. | No. 6:21-cv-453 |

### ORDER

The Magistrate Judge previously entered his Memorandum Opinion and Order, ECF No. 45, which denied Defendant Wenger S.A.'s ("Defendant") Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) to the Southern District of Florida. ECF No. 27 (the "Motion"). Defendant has now filed Objections to that Order. ECF No. 48.

After consideration of the briefing on Defendant's Motion, the Order, and Defendant's Objections to the Order, the Court concludes that the Objections are without sufficient merit. For that reason and other reasons stated with the Order, the Court agrees with the conclusion reached within the Order. The Court therefore **OVERRULES** Defendant's Objection, ECF No. 48, **ADOPTS** the Magistrate Judge's Order, ECF No. 45, and **DENIES** Defendant's Motion, ECF No. 27.

**SIGNED** this 26th day of May, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE