# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| SWISSDIGITAL USA CO., LTD,<br>　　　*Plaintiff,* | §<br>§<br>§ | |
| v. | §<br>§ | 6:21-CV-00453-ADA-DTG |
| WENGER S.A.,<br>　　　*Defendant.* | §<br>§<br>§<br>§ | |

## ORDER RESETTING HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for MARKMAN HEARING via Zoom on Thursday, June 9, 2022 at 2:30 p.m. before the undersigned. The Zoom link has been sent via email to counsel of record.

SIGNED this 31st day of May, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　DEREK T. GILLILAND
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE