# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| SWISSDIGITAL USA CO., LTD, *Plaintiff*, | § § § § § § § § § | W-21-CV-00453-ADA-DTG |
| v. | | |
| WENGER S.A., *Defendant.* | | |

## CLAIM CONSTRUCTION ORDER

The Court held a *Markman* hearing on June 9, 2022. During that hearing, the Court provided its final constructions. The Court issues this Order to memorialize the Court's final rulings for the parties, and to inform the parties that the Court plans to issue a more detailed Order explaining its analysis in due course. The deadline to file any objections to the undersigned's claim construction rulings (pursuant to Federal Rules of Civil Procedure 59 and 72) do not need to be filed until 14 days after that more fulsome Order is entered on the docket.

**SIGNED** this 14th day of June, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

| Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Final Construction |
|---|---|---|---|
| "retained outside"<br><br>'071 Claims 1, 10 | No construction necessary; plain and ordinary meaning | § 112(b). Alternatively, retained entirely outside of | Plain and ordinary meaning |
| "adjacent to"<br><br>'071 Claims 1, 10 | No construction necessary; plain and ordinary meaning | § 112(b). Alternatively, adjoining | Plain and ordinary meaning |
| "in communication with"<br><br>'071 Claims 1, 10<br>'138 Claim 23 | No construction necessary; plain and ordinary meaning | Attached to | Plain and ordinary meaning |
| "covers"<br><br>'071 Claims 1, 10 | No construction necessary; plain and ordinary meaning | § 112(b). Alternatively, overlapping; on top of | Plain and ordinary meaning |
| "exposed"<br><br>'071 Claims 1, 10 | No construction necessary; plain and ordinary meaning | Not fully covered | Plain and ordinary meaning |
| "fixedly attached"<br><br>'071 Claims 1, 10 | No construction necessary; plain and ordinary meaning | Connected to the bag or luggage permanently | Plain and ordinary meaning |
| "at the body opening"<br><br>'138 Claim 23 | No construction necessary; plain and ordinary meaning | § 112(a), (b). Alternatively, adjoining a cutout in the body where the inner surface of the bag or luggage and the outer surface of the bag or luggage meet | Plain and ordinary meaning |
| "retained in"<br><br>'138 Claim 23 | No construction necessary; plain and ordinary meaning | § 112(a), (b). Alternatively, held in permanent or semi-permanent attachment | Plain and ordinary meaning |