IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD., § | |
| Plaintiff, § | |
| § | Case No. 6:21-cv-453-ADA |
| v. § | |
| § | JURY TRIAL DEMANDED |
| WENGER S.A. § | |
| Defendant. § | |

**JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER**

Plaintiff Swissdigital USA Co., Ltd. ("Swissdigital" or "Plaintiff") and Defendant Wenger S.A. ("Wenger" or "Defendant") jointly move for entry of the Proposed Amended Agreed Scheduling Order attached hereto, which does not change the date of any hearing, trial, or other Court date.

1

Dated: December 2, 2022                                  Respectfully submitted,

| | |
|---|---|
| */s/ Dariush Keyhani* | */s/ Taylor Mauze* |
| Dariush Keyhani (admitted *pro hac vice*) | Taylor N. Mauze (TX Bar No. 24102161) |
| Frances H. Stephenson (admitted *pro hac vice*) | tmauze@reichmanjorgensen.com |
| Keyhani LLC | REICHMAN JORGENSEN LEHMAN & FELDBERG LLP |
| 1050 30th Street NW | 100 Marine Parkway, Suite 300 |
| Washington, DC 20007 | Redwood Shores, CA 94065 |
| T. 202.748.8950 | Telephone: (650) 623-1401 |
| F. 202.318.8958 | Facsimile: (650) 623-1449 |
| dkeyhani@keyhanillc.com | |
| fstephenson@keyhanillc.com | Christine E. Lehman (admitted *pro hac vice*) |
| | clehman@reichmanjorgensen.com |
| Jacqueline P. Altman | REICHMAN JORGENSEN LEHMAN & FELDBERG LLP |
| State Bar No. 24087010 | |
| John P. Palmer | 1710 Rhode Island Ave, NW, 12th Floor |
| State Bar No. 15430600 | Telephone: (202) 894-7310 |
| John A. "Andy" Powell | Facsimile: (650) 623-1449 |
| State Bar No. 24029775 | |
| USPTO Reg. No. 71,533 | **ATTORNEYS FOR DEFENDANT** |
| NAMAN HOWELL SMITH & LEE, PLLC | **WENGER, S.A.** |
| 400 Austin Ave., Suite 800 | |
| Waco, Texas 76701 | |
| jaltman@namanhowell.com | |
| palmer@namanhowell.com | |
| powell@namanhowell.com | |

**ATTORNEYS FOR PLAINTIFF
SWISSDIGITAL USA CO., LTD.**

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 2, 2022.

                                                  */s/ Jacqueline Altman*
                                                  Jacqueline Altman