**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| SWISSDIGITAL USA CO., LTD., | § | |
| Plaintiff, | § | |
| | § | **Case No. 6:21-cv-453-ADA** |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| WENGER S.A. | § | |
| Defendant. | § | |

**AMENDED SCHEDULING ORDER**

| Deadline | Item |
|---|---|
| January 13, 2023 | Close of Fact Discovery. |
| January 20, 2023 | Opening Expert Reports. |
| February 17, 2023 | Rebuttal Expert Reports. |
| March 9, 2023 | Close of Expert Discovery. |
| March 10, 2023 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| March 17, 2023 | Mediation deadline. |
| March 17, 2023 | Dispositive motion deadline and *Daubert* motion deadline. See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| March 21, 2023 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| March 23, 2023 | Parties email the Court's law clerk to confirm pretrial and trial dates |
| April 4, 2023 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| April 10, 2023 | Serve objections to rebuttal disclosures; file Motions *in limine.* |
| April 17, 2023 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine* |

1

| Deadline | Item |
|---|---|
| April 13, 2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com |
| April 20, 2023 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| April 24, 2023 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| April 27, 2023 | Final Pretrial Conference. |
| May 18, 2023[1] | Jury Selection/Trial. |

SIGNED this _____ day of _____, 2022.


_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

---

[1] If the actual trial date materially differs from the Court's default schedule, the Court will consider reasonable amendments to the case schedule post-*Markman* that are consistent with the Court's default deadlines in light of the actual trial date.

4857-3575-9167, v. 4