IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD., *Plaintiff*, v. WENGER S.A., *Defendant*. | Civil Action No. 6:21-cv-453<br><br>Jury Trial Demanded |

### WENGER S.A.'S UNOPPOSED MOTION FOR APPOINTMENT OF MAGISTRATE JUDGE JEFFREY C. MANSKE AS MEDIATOR

Trial is scheduled to begin in the above-captioned action on May 18, 2023. Defendant Wenger S.A. ("Wenger") and Plaintiff SwissDigital USA Co., Ltd. ("SwissDigital") (collectively, the "Parties") recently jointly requested an extension of all deadlines in this case. (Dkts. 64, 65). In that notice and the Court's Order granting it, the Parties agreed to a deadline to conduct mediation of March 17, 2023. In accordance with that agreed deadline, Local Rule CV-88, and this Court's Frequently Asked Questions – Miscellaneous – September 2020: Mediation,[1] Wenger hereby respectfully requests that the Court appoint Magistrate Judge Jeffrey C. Manske as mediator, and order the Parties to contact Judge Manske to schedule a mediation conference to occur before March 17, 2023.

Counsel for Wenger conferred with counsel for SwissDigital, and SwissDigital is not opposed to this request for relief.

---

[1] https://www.txwd.uscourts.gov/for-attorneys/judge-albright-courtroom-faq/.

1

Dated: December 6, 2022        */s/ Taylor N. Mauze*
Taylor N. Mauze (TX Bar 24102161)
tmauze@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
7500 Rialto Boulevard, Suite 250
Austin, Texas 78735
Tel: (650) 623-1401

Christine E. Lehman (*pro hac vice*)
clehman@reichmanjorgensen.com
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7311

**Attorneys for Defendant Wenger, S.A.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument has been served to all counsel of record who have entered appearances on the Court's CM/ECF system on December 6, 2022.

                                                    */s/ Taylor N. Mauze*

## CERTIFICATE OF CONFERENCE

I hereby certify that, pursuant to Local Rule CV-7(i), counsel for all parties met and conferred regarding the relief requested in the present Motion. On December 5, 2022, counsel for Plaintiff indicated they were not opposed to the relief requested herein.

                                                    */s/ Taylor N. Mauze*