IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD.,<br><br>    *Plaintiff*,<br><br> v.<br><br>WENGER S.A.,<br><br>    *Defendant*. | Civil Action No. 6:21-cv-453<br><br>Jury Trial Demanded |

ORDER APPOINTING
<u>MAGISTRATE JUDGE JEFFREY C. MANSKE AS MEDIATOR</u>

  Before the Court is Defendant Wenger S.A.'s ("Wenger") Unopposed Motion for Appointment of Magistrate Judge Jeffrey C. Manske as Mediator (the "Motion"). (Dkt. ____). In the Motion, Wenger requests that the Court appoint Judge Manske as mediator in the above-captioned action. Plaintiff SwissDigital USA Co., Ltd. ("SwissDigital") is not opposed. Accordingly, having considered the Motion, the Court hereby **GRANTS** the Motion and **ORDERS** that the parties shall contact Magistrate Judge Jeffrey C. Manske within five (5) business days of the date of this Order, to schedule a mediation conference to occur no later than March 17, 2023. All parties and their counsel, as well as persons with ultimate settlement authority for each party, must be present at the mediation.

**IT IS SO ORDERED.**

SIGNED: _____         _____