# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **SWISSDIGITAL USA CO., LTD** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | **Case No. 6:22-CV-1301** |
| **WENGER S.A.** | § § | |
| *Defendant.* | § § | |

| | | |
|---|---|---|
| **SWISSDIGITAL USA CO., LTD** | § § § | |
| *Plaintiff,* | § § | **Case No. 6:21-CV-453-ADA-DTG** |
| v. | § § | **JURY TRIAL DEMANDED** |
| **WENGER S.A.** | § § | |
| *Defendant.* | | |

## ORDER SETTING BRIEFING SCHEDULE

Before the Court is the Motion for Entry of Expedited Briefing Schedule filed by Plaintiff Swissdigital USA Co. Ltd. and Non-Party/Movant Group III International, Inc. Having considered the Motion, the Court **ORDERS** as follows:

Swissdigital's deadline to respond to Group III's Motion to Quash is December 30, 2022. Group III's deadline to file its reply is January 6, 2023.

SO ORDERED this _____ day of _____, 2022.

                                                      DEREK T. GILLILAND
                                                      UNITED STATES MAGISTRATE JUDGE