IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SWISSDIGITAL USA CO., LTD** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | **Case No. 6:22-CV-1301** |
| **WENGER S.A.** | § § | |
| *Defendant.* | § § | |

| | | |
|---|---|---|
| **SWISSDIGITAL USA CO., LTD** | § § | |
| *Plaintiff,* | § § | |
| v. | § § | **Case No. 6:21-CV-453-ADA-DTG** |
| **WENGER S.A.** | § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § § | |

## ORDER SETTING BRIEFING SCHEDULE

Before the Court is the Motion for Entry of Expedited Briefing Schedule filed by Plaintiff Swissdigital USA Co. Ltd. and Non-Party/Movant Group III International, Inc. Having considered the Motion, the Court **ORDERS** as follows:

Swissdigital's deadline to respond to Group III's Motion to Quash is December 30, 2022. Group III's deadline to file its Reply is January ___, 2023 (**the specific date to be inserted by the Court, but Group III respectfully requests such date be no sooner than January 13, 2023, and that it preferably be January 16, 2023 in light of counsel for Group III's holiday, vacation and work schedule during the first week of January 2023**).

SO ORDERED this ____ day of _____, 2022.

1

2

                                                        _____

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE