IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SWISSDIGITAL USA CO., LTD,** *Plaintiff,* | § § § § | |
| v. | § § § | W-21-CV-00453-ADA-DTG |
| **WENGER S.A.,** *Defendant.* | § § § § | |

# ORDER

Before the Court is a discovery dispute submitted via email. The Court held a hearing on January 11, 2023. For the reasons stated on the record the Court DENIES Swissdigital's requested relief.

SIGNED this 11th day of January, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE