IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SWISSDIGITAL USA CO., LTD., § <br> Plaintiff, § <br> § <br> v. § <br> § <br> WENGER S.A. § <br> Defendant. § | Case No. 6:21-cv-453-ADA <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Swissdigital USA Co., Ltd. ("Plaintiff") respectfully moves to dismiss this suit with prejudice for the reason that Plaintiff and Defendant Wenger S.A. ("Defendant") have entered into an agreement in which all matters in controversy between Plaintiff and Defendant have been fully settled and compromised and there is no further need or occasion for the prosecution of this suit.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Swissdigital USA Co., Ltd. respectfully requests the Court sign an Order dismissing its claims against Defendant Wenger S.A. with prejudice and that all taxable costs of court, attorneys' fees, and expenses associated with this case be paid by the party incurring the same.

1

Dated: October 13, 2023          Respectfully submitted,

                                               /s/ Dariush Keyhani
                                               Dariush Keyhani (admitted *pro hac vice*)
                                               Frances H. Stephenson (admitted *pro hac vice*)
                                               Keyhani LLC
                                               1050 30th Street NW
                                               Washington, DC 20007
                                               T. 202.748.8950
                                               F. 202.318.8958
                                               dkeyhani@keyhanillc.com
                                               fstephenson@keyhanillc.com

                                               Jacqueline P. Altman
                                               State Bar No. 24087010
                                               John P. Palmer
                                               State Bar No. 15430600
                                               John A. "Andy" Powell
                                               State Bar No. 24029775
                                               USPTO Reg. No. 71,533
                                               NAMAN HOWELL SMITH & LEE, PLLC
                                               400 Austin Ave., Suite 800
                                               Waco, Texas 76701
                                               jaltman@namanhowell.com
                                               palmer@namanhowell.com
                                               powell@namanhowell.com

                                               **ATTORNEYS FOR PLAINTIFF**
                                               **SWISSDIGITAL USA CO., LTD.**

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on October 13, 2023.

                                               /s/ Jacqueline Altman
                                               Jacqueline Altman